**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

**DONALD KEITH BURTON, #29963**                       **PETITIONER**

**VERSUS**                            **CIVIL ACTION NO. 3:09-cv-69-HTW-LRA**

**JIM HOOD AND LAWRENCE KELLY**                    **RESPONDENTS**

<u>ORDER</u>

BEFORE the Court is petitioner's request for habeas corpus relief filed pursuant to 28 U.S.C. § 2254. Having reviewed the document titled "Brief in Support of Habeas Corpus", this Court finds that the petitioner was convicted of a sex crime and he has referred to the victim by name in his Brief in Support of Habeas Corpus.

Therefore, this Court has determined that the Brief in Support of Habeas Corpus will be sealed in this matter. Further, the petitioner is reminded that only the initials of the victim should be used in filed documents. Accordingly,

IT IS HEREBY ORDERED that the Clerk of Court is directed to seal the Brief in Support of Habeas Corpus filed in this matter until further order of this Court.

SO ORDERED, the   12th   day of February, 2009.

                                            s/ Linda R. Anderson
                                            UNITED STATES MAGISTRATE JUDGE